**Order entered August 10, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00213-CV

## MICHAEL DWAIN WILLIAMS, Appellant

## V.

## LUPE VALDEZ, SHERIFF, Appellee

### On Appeal from the 160th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-17-09709

## ORDER

The reporter's record in this case is past due. By postcard dated June 4, 2018, we notified Sharron Rankin, Official Court Reporter for the 160th Judicial District Court, that the reporter's record was overdue and directed her to file the reporter's record within thirty days. To date, the reporter's record has not been filed and we have not received any correspondence regarding the reporter's record.

Accordingly, we **ORDER** Sharron Rankin, to file, within **FIFTEEN DAYS** of the date of this order either (1) the reporter's record; or (2) written verification no hearings were recorded.[1]

---

[1] Our records indicate appellant filed a statement of inability to pay costs and a request for preparation of the reporter's record in the trial court on February 27, 2018.

We **DIRECT** the Clerk to send copies of this order to:

Honorable Jim Jordan
Presiding Judge
160th Judicial District Court

Official Court Reporter
160th Judicial District Court

Sharron Rankin
Court Reporter

All parties

/s/     CAROLYN WRIGHT
          CHIEF JUSTICE